IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12- mj-7003-KMT
UNITED STATES OF AMERICA,

    Plaintiff,

v.

    JENNIFER SCHLOSSER

    Defendant.

## MINUTE ORDER

| Pursuant to the directions of | Nicole Cappelletty , Deputy Clerk |
|---|---|
| U.S. Magistrate Judge Tafoya | February 29, 2012 |

    Defendant's Notice of Potential Disposition and unopposed request to reset for a Change of Plea date [ filed February 27, 2012; Docket #11] is **GRANTED**. The Clerk of Court is directed to schedule a Change of Plea hearing in this matter on March 21, 2012 on the Petty Offense Docket in Colorado Springs.